JORDAN S. ALTURA (SBN: 209431)
jaltura@grsm.com
REBECCA A. HULL (SBN: 99802)
rhull@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
STANDARD INSURANCE COMPANY

ROBERT J. ROSATI (SBN: 112006)
robert@erisalg.com
RAQUEL M. BUSANI (SBN: 323162)
raquel@erisalg.com
6485 North Palm Avenue, Ste.105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff
JANET SECCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SECCO,<br><br>        Plaintiff,<br><br>   vs.<br><br>THE STANDARD INSURANCE COMPANY<br><br>        Defendant | CASE NO. 2:20-cv-00426-KJM-CKD<br><br>**STIPULATION TO CONTINUE PRETRIAL DATES; ORDER ON STIPULATION** |

TO THE HONORABLE COURT:

Plaintiff Janet Secco ("Plaintiff") and Defendant Standard Insurance Company ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate to the following:

-1-
STIPULATION TO CONTINUE PRETRIAL DATES; ORDER ON STIPULATION

1    WHEREAS, on June 11, 2020, the Court issued minutes from the Video Scheduling

2 Conference setting forth the current Pretrial Schedule for this action;

3    WHEREAS, the parties have been engaged in informal settlement discussions and seek to

4 avoid having to engage in written and deposition discovery while they continue settlement

5 negotiations;

6    WHEREAS, due to the January 31, 2021 discovery cutoff, the parties will need to engage

7 in such discovery now if a continuance is not granted;

8    WHEREAS, the parties seek to continue by 90 days the deadlines in the current

9 scheduling order, which will allow sufficient time to continue informal discussions and proceed

10 to mediation if necessary.

11    IT IS HEREBY STIPULATED:

12    The Pretrial Schedule in this matter be continued as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Completion of Fact Discovery | January 31, 2021 | April 30, 2021 |
| Expert Disclosures | February 28, 2021 | May 28, 2021 |
| Exchange of Rebuttal Expert Witnesses | March 22, 2021 | June 21, 2021 |
| Completion of Expert Discovery | April 30, 2021 | July 29, 2021 |
| Last day for hearing Dispositive Motions | August 6, 2021 | November 5, 2021 |

20    IT IS SO STIPULATED.

22 Dated:  October 27, 2020

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Robert J. Rosati* (as authorized on 10/27/20)
　　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Rosati
　　　　　　　　　　　　　　　　　　　　　　　　　Raquel Busani
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　JANET SECCO

26 / / /

27 / / /

28 / / /

-2-
STIPULATION TO CONTINUE PRETRIAL DATES; ORDER ON STIPULATION

Dated: October 27, 2020                    GORDON REES SCULLY MANSUKHANI, LLP


By  */s/ Jordan S. Altura*
    Jordan S. Altura
    Rebecca A. Hull
Attorneys for Defendant
STANDARD INSURANCE COMPANY


## ORDER

The Court, having reviewed the foregoing Stipulation, hereby finds good cause to modify the Pretrial Schedule in this action as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery | January 31, 2021 | April 30, 2021 |
| Expert Disclosures | February 28, 2021 | May 28, 2021 |
| Exchange of Rebuttal Expert Witnesses | March 22, 2021 | June 21, 2021 |
| Completion of Expert Discovery | April 30, 2021 | July 29, 2021 |
| Last day for hearing Dispositive Motions | August 6, 2021 | November 19, 2021 |

IT IS SO ORDERED.

DATED: November 3, 2020.

CHIEF UNITED STATES DISTRICT JUDGE